THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON BENNETT SCOTT,<br><br>Defendant. | No. CR21-072-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Scott would like to plead guilty and resolve the case in a timely fashion; and

(c) Mr. Scott wishes to enter a plea via videoconference in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED
MOTION TO SCHEDULE GUILTY
PLEA HEARING VIA
VIDEOCONFERENCE - 1
(*United States v. Scott*, CR21-072-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Scott believes that the Court may not be as able to accommodate a timely resolution of
2  his case in the future as more cases are delayed; and
3      (d) a videoconference guilty plea hearing would avoid further delays in the
4  ultimate sentencing in this case, which would cause "serious harm to the interests of
5  justice." See W.D. Wash. General Order No. 04-20 (3/30/20); *see also* W.D. Wash.
6  General Order No. 06-21.

9      DONE this  27th  day of April, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Cameron Scott

ORDER GRANTING UNOPPOSED
MOTION TO SCHEDULE GUILTY
PLEA HEARING VIA
VIDEOCONFERENCE - 2
(*United States v. Scott*, CR21-072-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100