THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-072RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL WITH EXTENDED CURFEW |
| CAMERON BENNETT SCOTT, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Cameron Scott's Unopposed Motion to Permit Out-of-District Travel with Extended Curfew. Dkt. #37. The Court has considered the motion and records in this case and finds Mr. Scott's request reasonable and appropriate.

IT IS ORDERED that Mr. Scott shall be allowed to travel to the Eastern District of Washington for one day. Mr. Scott must provide the date of travel to Pretrial Services in advance of his travel.

IT IS FURTHER ORDERED that Mr. Scott's curfew shall be extended to midnight on the date of travel.

//
//
//
//
//

ORDER GRANTING UNOPPOSED MOTION
TO PERMIT OUT-OF-DISTRICT TRAVEL
WITH EXTENDED CURFEW
(*USA v. Cameron Bennett Scott*, CR21-072RSL)
- 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

All of the other conditions of Mr. Scott's bond remain in full force and effect.

DONE this 23rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Cameron Scott

ORDER GRANTING UNOPPOSED MOTION
TO PERMIT OUT-OF-DISTRICT TRAVEL
WITH EXTENDED CURFEW
(*USA v. Cameron Bennett Scott*, CR21-072RSL)
- 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100