UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON BENNETT SCOTT,<br><br>Defendant. | Case No. CR21-072RSL<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE SENTENCING HEARING |

This matter comes before the Court on "Defense Motion to Continue Sentencing Hearing" (Dkt. # 40). Defendant requests that the Court continue his sentencing hearing from November 19, 2021, to a date in late January of 2022. The government opposes the motion to continue the sentencing hearing. If the Court does continue the sentencing, the government seeks a sentencing date in 2021. Sentencing was initially set for July 30, 2021, and on June 24, 2021, the Court rescheduled the sentencing for September 17, 2021. Dkt. # 34. On August 11, 2021, sentencing was continued to November 5, 2021. Dkt. # 36. On September 24, 2021, sentencing was continued for two weeks until November 19, 2021. Dkt. # 39.

Defendant asserts that defense counsel needs additional time to prepare for sentencing, including to perform additional mitigation work and to complete defendant's presentence interview, which counsel previously had to cancel due to an emergency medical issue. Dkt. # 40 at 2. Defense counsel highlights that she is scheduled to start a jury trial in another case before this Court on October 25, 2021, and the trial may last around one week. Id. at 3. Because preparing for that trial and any pretrial hearings will be time-intensive, counsel does not

ORDER GRANTING IN PART MOTION TO CONTINUE
SENTENCING HEARING - 1

anticipate being able to meet, prepare for, and complete defendant's presentence interview before that trial begins. Id.

The Court finds that a continuance is warranted to provide defense counsel with additional time to prepare, but the Court concludes that a continuance within 2021 will be sufficient to address this concern. Accordingly, the Court GRANTS IN PART the defense motion (Dkt. # 40) and will continue the sentencing hearing from November 19, 2021 to December 17, 2021 at 10:00 a.m.

IT IS SO ORDERED.

DATED this 5th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART MOTION TO CONTINUE
SENTENCING HEARING - 2