THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-072RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING SECOND UNOPPOSED MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL |
| CAMERON BENNETT SCOTT, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Cameron Scott's Second Unopposed Motion to Permit Out-of-District Travel. Dkt. 43. The Court has considered the motion and records in this case and finds Mr. Scott's request reasonable and appropriate.

IT IS ORDERED that Mr. Scott shall be allowed to travel to the Eastern District of Washington for a single two-day, one-night trip. Mr. Scott must provide the date and mode of travel, as well as the address at which he will stay overnight to Pretrial Services in advance of his travel.

//
//
//
//
//
//

ORDER GRANTING SECOND UNOPPOSED MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL
(*USA v. Cameron Bennett Scott*, CR21-072RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  All of the other conditions of Mr. Scott's bond remain in full force and effect.

2  DONE this 24th day of November 2021.

*[signature: M S Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Cameron Scott

ORDER GRANTING SECOND UNOPPOSED MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL
(*USA v. Cameron Bennett Scott*, CR21-072RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100