THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON BENNETT SCOTT, <br><br> Defendant. | No. CR21-072RSL <br><br> ORDER GRANTING UNOPPOSED MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL |

THE COURT has considered Cameron Scott's unopposed motion to permit out-of-district travel along with the relevant records in this case.

IT IS NOW ORDERED that Mr. Scott shall be allowed to travel to the Eastern District of Washington to place additional belongings in long-term storage over the course of one day. Mr. Scott must provide the date and mode of his travel to his Pretrial Services Officer and Location Monitoring Specialist prior to his trip. All the other conditions of Mr. Scott's bond remain in full force and effect.

DONE this 13th day of January 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Cameron Scott

ORDER GRANTING UNOPPOSED MOTION TO
PERMIT OUT-OF-DISTRICT TRAVEL (*USA v.
Cameron Scott*, CR21-072RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100