1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAMERON BENNETT SCOTT,

Defendant.

Case No. CR21-072-RSL

ORDER GRANTING
MOTION TO DELAY
SURRENDER DATE

This matter comes before the Court on defendant's "Motion to Delay Surrender Date." (Dkt. # 59). Having considered the parties' submissions, the Court finds as follows:

Defendant requests to delay his self-surrender date from February 7, 2022 to a date in late February of 2022. In support of this request, defendant explains that his pre-custody preparations have been delayed by circumstances beyond his control, including (i) heavy snowfall that delayed his efforts to sell his landscaping equipment, (ii) requisite isolation after a loved one contracted COVID-19, and (iii) the medical unavailability of his divorce attorney.

The Court acknowledges the government's opposition but believes that a short delay is reasonable under the totality of the circumstances. The Court also notes that this is almost certainly the last such delay that the Court will grant defendant.

For all of the foregoing reasons, defendant's motion to delay surrender date (Dkt. # 59) is GRANTED.

ORDER GRANTING MOTION TO DELAY
SURRENDER DATE - 1

1         IT IS HEREBY ORDERED that defendant shall be allowed to self-surrender to the

2    Bureau of Prisons before 2:00 p.m. on February 28, 2022.  All other conditions of defendant's

3    bond remain in full force and effect.

4         DATED this 1st day of February, 2022.

5

6

7

8    Robert S. Lasnik
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO DELAY
SURRENDER DATE - 2